440 A.2d 1256

Commonwealth v. Davis, Appellant.

Submitted January 7, 1981. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

440 A.2d 1256

Commonwealth v. Hobson, Appellant.

Submitted September 2, 1981. James J. Stuczynski, for appellant; Michael R. Cauley, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and WIEAND, JJ.

Order affirmed.